IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| SALSGIVER TELECOM, INC. | : | Case No. 18-20805 TPA |
| | : | |
| *Debtor* | : | Chapter 11 |
| SALSGIVER, INC. | : | |
| SALSGIVER TELECOM, INC | : | Adversary No. 19-2049 |
| | : | |
| *Plaintiffs* | : | Related to Document No. 24 |
| | : | |
| v. | : | |
| | : | |
| VERIZON PENNSYLVANIA, INC., | : | |
| VERIZON NORTH, INC. and | : | |
| VERIZON COMMUNICATIONS, INC. | : | |
| | : | |
| *Defendants* | : | Hearing: May 13, 2019 at 11:00 A.M. |

## **ORDER**

*AND NOW*, this **26th** day of **April, 2019**, **Motion to Dismiss Case Pursuant to F.R.C.P. 12(b)(6)** ("Motion") having been filed by Defendant at Document No. 24,

It is hereby **ORDERED, ADJUDGED and DECREED** that,

(1) A Status Conference on the *Motion* is scheduled for **May 13, 2019** at **11:00 A.M.** in Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(2) **On or before May 10, 2019,** Debtors are to file a **Response** to the *Motions*.

(3) The Court will issue a further Order scheduling argument on the Motions to Dismiss on a later date as necessary.

(4) Counsel for the Moving Party shall ***IMMEDIATELY*** serve a copy of this Order upon all parties from whom relief is sought and their counsel.

                                                                _____ vas
                                                                Thomas P. Agresti, Judge
                                                                United States Bankruptcy Court

Case Administrator to serve:
       Andrew Jack Horowitz, Esq.